# **Exhibit 2**

# Health Diagnostic Laboratory, Inc.
## Payment Listing for Carolina Internal Medicine

| Payment Number | Payment Date | Payment Amount |
| --- | --- | --- |
| 6257 | 2/7/2011 | $780.00 |
| 7091 | 3/7/2011 | $1,540.00 |
| 7807 | 4/6/2011 | $1,720.00 |
| 8552 | 5/5/2011 | $1,700.00 |
| 9500 | 6/6/2011 | $1,400.00 |
| 10596 | 7/6/2011 | $1,180.00 |
| 11620 | 8/5/2011 | $1,120.00 |
| 12666 | 9/7/2011 | $1,920.00 |
| 13838 | 10/5/2011 | $1,740.00 |
| 15264 | 11/7/2011 | $1,700.00 |
| 16447 | 12/5/2011 | $1,920.00 |
| 17723 | 1/6/2012 | $2,440.00 |
| 18932 | 2/7/2012 | $2,120.00 |
| 20806 | 3/5/2012 | $2,100.00 |
| 22361 | 4/9/2012 | $2,020.00 |
| 23901 | 5/7/2012 | $1,660.00 |
| 25575 | 6/6/2012 | $2,200.00 |
| 27388 | 7/6/2012 | $1,940.00 |
| 29183 | 8/7/2012 | $1,820.00 |
| 31075 | 9/7/2012 | $2,340.00 |
| 33159 | 10/9/2012 | $1,760.00 |
| 38514 | 12/12/2012 | $4,300.00 |
| 39499 | 1/7/2013 | $1,820.00 |
| 41712 | 2/4/2013 | $2,440.00 |
| 43679 | 3/6/2013 | $2,200.00 |
| 46053 | 4/8/2013 | $2,180.00 |
| 48272 | 5/7/2013 | $1,400.00 |
| 50780 | 6/6/2013 | $1,980.00 |
| 53119 | 7/5/2013 | $1,980.00 |
| 55642 | 8/5/2013 | $1,380.00 |
| 58233 | 9/5/2013 | $1,500.00 |
| 60667 | 10/8/2013 | $1,380.00 |

## Health Diagnostic Laboratory, Inc.
## Payment Listing for Carolina Internal Medicine

| Payment Number | Payment Date | Payment Amount |
|---:|---:|---:|
| 63179 | 11/5/2013 | $1,440.00 |
| 65986 | 12/3/2013 | $640.00 |
| 68789 | 1/7/2014 | $800.00 |
| 71301 | 2/11/2014 | $520.00 |
| 73666 | 3/6/2014 | $340.00 |
| 76148 | 4/4/2014 | $580.00 |
| 79195 | 5/5/2014 | $300.00 |
| 81923 | 6/5/2014 | $80.00 |
| 84585 | 7/14/2014 | $40.00 |
|  |  | $64,420.00 |