# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
Richmond            Division

## SUGGESTION FOR SUMMONS IN GARNISHMENT

Richard Arrowsmith as Liquidating Trustee of the HDL Li(  v.  Carolina Internal Medicine, P.A.

Plaintiff's Address c/o Franklin R. Cragle, III, Hirschler Fleischer, 2100 E. Cary Street, Richmond, VA  23223
Defendant's Address c/o Mark R. Cervi, Registered Agent, 1900 Bloomsbury Road, Greenville, NC  27858-9603
Defendant's Last Four Digits of Social Security No. XXX-XX-NA
Date of Judgment 01/07/2019         Date Execution Ordered 01/25/2019
Suggested Garnishee (*if defendant's employer, furnish employer's name and state whether it is a corporation or one or more persons trading under a fictitious or trade name*)
First Citizens Bank & Trust Company
Suggested Garnishee's Address c/o CT Corporation System, 4701 Cox Road, Suite 285, Glen Allen, VA  23060
Return Date 04/25/2019 @ 10:00 a.m.

| | | | |
|---|---|---|---|
| Judgment Principal | $ 64,420.00 | Basis for Judgment | |
| Interest to Return Date | $ 1,143.68 | ☐ Support | |
| Judgment Costs | $ 350.00 | ☐ State Taxes | |
| Garnishment Costs | $ 65.00 | ☒ Other | |
| Attorney's Fees | $ 1000.00 | | |
| Credits | $ 0.00 | | |
| TOTAL DUE | $ 66,978.68 | | |

FILED FEB -1 2019 RICHMOND DIVISION CLERK U.S. BANKRUPTCY COURT

The exemption set out in § 34-29(a) does/does not *(strike one)* apply to this garnishment.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion. I further certify that:

☐    (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☒    (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
☐    (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or one of his lawful dependents, and that it was not for luxuries or nonessentials; or
☐    (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
☐    (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
☐    (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

My authorization to suggest is based on the following: I am the

☐ Plaintiff        ☐ Agent for the Plaintiff        ☒ Attorney for the Plaintiff

| WARNING | Any judgment creditor who knowingly gives false information in a Suggestion for Summons in Garnishment shall be guilty of a Class I misdemeanor. |
|---|---|

01/25/2019
Date Submitted                                    Signature of Affiant