B2640 (Form 2640) (12/15)

# United States Bankruptcy Court
## Eastern District Of Virginia

| | | |
|---|---|---|
| In re    Health Diagnostic Laboratory, Inc., | ) | Case No. 15-32919-KRH |
| Debtor | ) | (Jointly Administered) |
| | ) | RICHMOND DIVISION |
| | ) | Chapter 11 |
| Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust, | ) | FILED FEB -1 2019 |
| Plaintiff, | ) | CLERK U.S. BANKRUPTCY COURT |
| v. | ) | |
| Carolina Internal Medicine, P.A., | ) | Adv. Proc. No. 17-03187-KRH |
| Defendant | ) | |

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
Richard Arrowsmith as Liquidating Trustee of
the HDL Liquidating Trust
c/o Hirschler Fleischer, P.C.
2100 East Cary Street
Richmond, VA 23223

Amount of Judgment:
$ 64,420.00

Other Costs:
$ 2,558.68

vs.

**Name and Address of Judgment Debtor**
Carolina Internal Medicine, P.A.
c/o Mark R. Cervi, Registered Agent
1900 Bloomsburg Road
Greenville, NC 27858-9603

Date of Entry of Judgment:
01/07/2019

TO THE UNITED STATES MARSHAL FOR THE Eastern DISTRICT OF Virginia:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_2/1/19_
Date

_Candace Morley_
Clerk of the Bankruptcy Court